by the United States Title Guaranty & Indemnity Company against Elizabeth Griffin. H. Hirsch, for appellant. J. C. Tomlinson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VAN EMDEN v. CENTRAL CONSUMERS' WINE CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Eva Van Emden against the Central Consumers' Wine Company. No opinion. Motion denied, with $10 costs. Order filed.

VAN KANNEL DOOR CO. v. W. & J. SLOAN et al. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by the Van Kannel Door Company against W. & J. Sloan, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

VAN NOSTRAND et al., Respondents, v. VAN NOSTRAND et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Actions by Gardiner Van Nostrand and others against Frances Stanton Van Nostrand and others. No opinion. Appeals dismissed, without costs, on stipulation of parties, and orders signed.

VEHRLEN, Respondent, v. MUSICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Benjamin Vehrlen against Antonio Musica. No opinion. Judgment and order unanimously affirmed, with costs.

VILLAGE OF WAVERLY v. WAVERLY WATER CO. et al. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by the village of Waverly against the Waverly Water Company, Fred A. Sawyer, as trustee, etc., and George H. Goff. No opinion. Motion for leave to go to Court of Appeals granted, and question certified as follows: Was it necessary for the plaintiff, before beginning this action, to take the proceedings and to comply with chapter 723, p. 2022, of the Laws of New York for the year 1905, and to procure the consent of the state water supply commission, as in said act required?

VOELLER et al., Appellants, v. BIEG, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Frederick Voeller and another against Henry Bieg.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
HOOKER, J., dissents.

VOIGTMAN et al., Appellants, v. McLELLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Frank Voigtman and another against Herbert B. McLellan and others. W. F. Earp, for appellants. J. G. Roe, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re VOKE et al. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) In the matter of the petition of Thomas Voke and others for surplus moneys, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WAHL, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department, March 6, 1907.) Action by Martha Wahl against the city of Niagara Falls and others. No opinion. Judgment affirmed, with costs.

WALKER, Respondent, v. KEAR, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Theresa Walker against Harry Boyd Kear. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

WALLACE v. MEEKER et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Charles L. Wallace against Samuel M. Meeker and another. No opinion. Order affirmed, with $10 costs and disbursements.

WALLINGFORD, Respondent, v. KAISER, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Frank E. Wallingford against Harry Kaiser, as sheriff, etc. No opinion. Judgment and order affirmed, with costs.

WALSH, Appellant, v. DENNISON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Matthew F. Walsh, individually, etc., against Sarah Dennison. No opinion. Order affirmed, with $10 costs and disbursements.

WARDWELL et al., Respondents, v. FRANKLIN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Henry L. Wardwell and another against Benjamin W. Franklin. J. H. Tompkins, for appellant. F. E. Blackwell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN et al., Respondents, v. OCEAN VIEW CEMETERY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Ogle T. Warren and others, as executors of the will of George B. Warren, deceased, against the Ocean View Cemetery and another. No opinion. Judgment unanimously affirmed, with costs.
(119 App. Div. 856)
WARREN BROS. CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Submission of controversy on an agreed statement of facts between the Warren Bros. Company and the city of New York. Judgment ordered for defendant. Chase Mellen (W W. Niles, on the brief), for plaintiff. William B. Ellison, Corp. Counsel (Terence Farley and Theodore Connoly, on the brief), for defendant. L. Laflin Kellogg, for Barber Asphalt Pavement Co.